IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 1:16-cr-407-TCB |
| ALPHONSO I. WATERS, JR., | |
| Defendant. | |

## **O R D E R**

This case comes before the Court on Magistrate Judge Justin S. Anand's Final Report and Recommendation (the "R&R") [26], which recommends denying Defendant Alphonso Waters, Jr.'s motions to suppress evidence [14 & 15]. No objections to the R&R have been filed.

The Court has conducted a "careful and complete" review of the R&R. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam). Having done so, it finds no plain error in its factual findings or legal conclusions. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (holding that where no objection is made to an R&R, it need be reviewed only for clear error).

Accordingly, the Court adopts as its Order the R&R [26].

Defendant's motions to suppress [14 & 15] are denied.

IT IS SO ORDERED this 17th day of May, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge