

*Michael Yeager*
*U.S. Marshal*

**U.S. Department of Justice**
United States Marshals Service
75 Spring Street S.W. Suite 1600
Atlanta, GA 30303

**January 27, 2020**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**JAN 29 2020**

JAMES N. HATTEN, Clerk
By: NBowan  Deputy Clerk

<u>VIA CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

Mr. Alphonso Waters Jr
2720 VETTRE TERRACE
ATLANTA, GA 30311

Subject:   **Voluntary Surrender/Reporting Information**
           Reg. No.70437-019 Case No 1:16-CR-00407-TCB

Dear Mr. Waters:

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

|  |  |
|---|---|
| INSTITUTION: | Atlanta USP SCP<br>601 McDonough Blvd., SE<br>Atlanta, GA  30315 |
| TELEPHONE NO.: | (404) 635-5100 |
| REPORT DATE: | **NOON, FEBRUARY 06, 2020** |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Michael Yeager
United States Marshals

*Ronnie D Virden* (signature)
Ronnie D Virden
Criminal Section

cc:
Clerk of Court
Pretrial Services
U.S. Probation Office